IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR EARL THOMPSON, III, | § | |
| TDCJ-CID NO.509117, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-06-2510 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on August 18, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE